IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| DERRICK ADRIAN JOHNSON ) <br>    BOP No 36454-177 ) <br>       Plaintiff, ) <br> vs. ) <br> ) <br> BRANDON McCARTHY, ET AL., ) <br>       Defendants. ) | No. 3:10-CV-0726-K |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections on September 24, 2010, and the District Court has made a de novo review of those portions of the proposed findings and recommendation to which objection was made.

The objections are overruled, and the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED.

SIGNED this 27th day of September, 2010.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE